UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV13-03705 GAF (SSx) | Date | August 7, 2013 |
|---|---|---|---|
| Title | GREG B. KAPLAN, et al. v. WELLS FARGO BANK NA, et al. | | |

| Present: The Honorable | GARY ALLEN FEES, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | |

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

**ORDER TO SHOW CAUSE RE SANCTIONS**

The Court Clerk has notified the Court that plaintiffs' attorney of record, Ninaz Saffari is not admitted to practice in this Court.  Ms. Saffari was notified by email on May 28, 2013 that she is not admitted to practice in this Court and was given ten calendar days to respond by either providing proof of admission or applying for admission.  To date, Ms. Saffari has failed to respond to the Clerk's enquiry. Ms. Saffari is hereby ordered to show cause in writing by not later than August 19, 2013 why she should not be sanctioned in the amount of $500 and disqualified from participating in further proceedings in this case.  Ms. Saffari is ordered to provide a copy of this order to her clients and to provide the Court with their current contact information.

|  | : |  |
|---|---|---|
| Initials of Preparer | SMO | |