CLOSED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| GREG B. KAPLAN and AMALIA KAPLAN,<br><br>        Plaintiffs,<br><br>        v.<br><br>WELLS FARGO BANK, N.A., a corporation; NDEX WEST, LLC, a limited liability company; and DOES 1 to 10, Inclusive,<br><br>        Defendants. | CASE NO.: 2:13-cv-03705-GAF-SS<br><br>**JUDGMENT OF DISMISSAL OF DEFENDANT WELLS FARGO BANK, N.A.**<br><br>[Assigned to the Hon. Gary A. Feess] |

On July 30, 2013, this Court entered an Order granting the motion of defendant Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo"), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, by dismissing the claims against Wells Fargo *with prejudice*.

On July 31, 2013, this Court issued an Order to Show Cause re: Lack of Prosecution as to the remaining defendants in light of plaintiffs' apparent failure to request entry of default and warned plaintiffs that the Court could dismiss the action 20 days after the filing of the Complaint pursuant to F.R.C.P. 4(m) if good cause

1    was not shown for any extension of time.  Plaintiffs were ordered to respond to the

2    Order to Show Cause no later than August 20, 2013. To date, plaintiffs have not

3    responded to the Order to Show Cause.

4         On August 7, 2013, this Court issued an Order to Show Cause why plaintiffs'

5    counsel should not be sanctioned in the amount of $500 and disqualified from

6    participating in further proceedings in this case for her failure to prove that she is

7    admitted to practice in this Court.  Ms. Saffari failed to respond to the Court's

8    Order to Show Cause.  By order dated September 18, 2013, the Court imposed $500

9    in sanctions on Ms. Saffari.

10        In accordance with foregoing Orders:

11

12   **IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

13   1.    Defendant Wells Fargo is dismissed from this action *with* prejudice;

14   2.    Plaintiffs Greg B. Kaplan and Amalia Kaplan shall take nothing from

15   defendant Wells Fargo;

16   3.    Defendant NDeX West, LLC is dismissed from this action *without*

17   prejudice for lack of prosecution and due to plaintiffs' failure to respond to the

18   Court's Order to Show Cause.

19

20   **IT IS SO ORDERED.**

21

22   Dated:  September 24, 2013                _____

23                                            HON. GARY A. FEESS
                                             UNITED STATES DISTRICT JUDGE

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**[PROPOSED] JUDGMENT OF DISMISSAL OF DEFENDANT WELLS FARGO BANK, N.A.**

on the interested parties in said case as follows:

*Served By Means Other than the Court's CM/ECF System:*

| | |
|---|---|
| *Counsel for Plaintiffs,* *Greg B. Kaplan and Amalia Kaplan:* | *Counsel for Defendant,* *NDeX WEST, LLC* |
| | **[Courtesy Copy]** |
| Ninaz Saffari, Esq. THE LAW OFFICES OF NINAZ SAFFARI 7162 Beverly Boulevard, Suite 144 Los Angeles, CA 90036 T: (310) 592-0247 | F: (310) 933-2304 | Edward A. Treder, Esq. BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP 20955 Pathfinder Road, Suite 300 Diamond Bar, California 91765 T: (626) 915-5714 | F: (909) 595-7640 |

☒　**BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on September 23, 2013.

| Lina C. Velasquez | */s/ Lina C. Velasquez* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |

CASE NO. 2:13-CV-03705-GAF-SS
CERTIFICATE OF SERVICE